IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TIMOTHY R. WILLIAMS,**

    Plaintiff,

v.                                                                        **CASE NO. 3:08-cv-358-LC/AK**

**ELLIS SUPERINTENDENT, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motions to Extend Time to submit an amended complaint.  (Doc. 23, 24).  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through August 19, 2009, to comply with the Court's previous order requiring an amended complaint. (See Doc. 18).

**DONE AND ORDERED** this *17th* day of June, 2009.

                                             *s/ A. KORNBLUM*
                                             **ALLAN KORNBLUM**
                                             **UNITED STATES MAGISTRATE JUDGE**