**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**TIMOTHY WILLIAMS,**

      **Plaintiff,**

**vs.**                              **CASE NO. 3:08CV358-LC/AK**

**WALTER MCNEIL, et al,**

      **Defendants.**

_____/

**O R D E R**

Presently before the Court is Defendant McNeil's Motion to Extend Time to Respond to the Complaint. (Doc. 39). The motion is **GRANTED**, and the time within which Defendant shall respond to the amended complaint (doc. 27) is hereby extended through **January 18, 2009.**

Plaintiff is also advised that Defendants Ellis and Collins have not been served, despite several attempts by the United States Marshals Service. Defendant Ellis is no longer warden at Santa Rosa CI and his forwarding address was not provided by the institution. Also Dr. Collins was unable to be served and has not been located by other means. Plaintiff may wait and attempt to locate them for service after discovery has commenced or he should consider dismissing them from this lawsuit.

**DONE AND ORDERED** this  _17th_  day of December, 2009.

_s/ A. KORNBLUM_____
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**