IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY R. WILLIAMS,

    Plaintiff,

vs.                                  Case No.   3:08cv358/LAC/GRJ

WALTER MCNEIL, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 13, 2011 (doc. 88).  The plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The Defendants' motion for summary judgment (doc. 75) is **GRANTED.**

    3.    The clerk is directed to enter judgment in favor of the Defendants and close the file.

**DONE AND ORDERED** this 15th  day of August 2011.

                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**